# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MARIA E. WINDHAM, as Receiver for MARQUIS PROPERTIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER NORVILLE, et al.,<br><br>Defendants. | **ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE CLAIMS AGAINST BUTLER NATIONAL SERVICES**<br><br>Case No. 2:18-CV-00057-RJS<br><br>Judge Robert J. Shelby |

Having reviewed the Parties' stipulated motion, and good cause appearing therefore, the Court GRANTS the Stipulated Motion to Dismiss With Prejudice Claims Against Butler National Services, and hereby dismisses *only* Defendant Butler National Services from this action, *with prejudice*.

**SO ORDERED** this 31st day of July, 2018.

BY THE COURT:

_____
ROBERT J. SHELBY
United States District Judge