KRISTINE M. LARSEN (9228)
JASCHA K. CLARK (16019)
AARON HINTON (16840)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
P. O. Box 45385
Salt Lake City, UT 84145-0385
Tel:  (801) 532-1500
Fax:  (801) 532-7543
klarsen@rqn.com
jclark@rqn.com
ahinton@rqn.com

*Attorneys for Receiver, Maria E. Windham*

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MARIA E. WINDHAM, as Receiver for MARQUIS PROPERTIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER NORVILLE, et al.,<br><br>Defendants. | **RECEIVER'S MOTION TO DISMISS REMAINING CLAIMS**<br><br>Case No. 2:18-cv-00057-HCN-CMR<br><br>District Judge Howard C. Nielson |

Plaintiff Maria E. Windham, as Receiver for Marquis Properties, LLC ("Receiver"), by and through counsel, hereby requests this Court dismiss all her remaining claims against the remaining defendants in this lawsuit based on an order of the Court in the receivership case, *Securities and Exchange Commission v. Marquis Properties, LLC, et al.*, Case No. 2:16-cv-00040-JNP.

In the receivership case, Receiver filed a motion under seal in which she sought permission from the court to dismiss all remaining litigation based on Receiver's analysis comparing the accruing costs of litigation to potential benefits to the receivership estate of

continuing to pursue the remaining lawsuits.  On February 4, 2021, the court issued an order in the receivership case granting Receiver's Sealed Motion to Dismiss Lawsuits.  (*SEC v. Marquis Properties, LLC*, 2:16-cv-00040-JNP, Dkt. No. 341).

Based on the foregoing, Receiver respectfully requests the Court enter an order granting her Motion to Dismiss Remaining Claims and dismiss all remaining claims of Receiver against all remaining Defendants with prejudice, each party to bear its own costs.  A proposed Order is submitted herewith.

DATED this 5th day of February, 2021.

                                        RAY QUINNEY & NEBEKER P.C.

                                        */s/ Aaron C. Hinton*
                                        Kristine M. Larsen
                                        Jascha K. Clark
                                        Aaron C. Hinton

                                        *Attorneys for Receiver, Maria E. Windham*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of February, 2021, I filed a true and correct copy of the above **RECEIVER'S MOTION TO DISMISS REMAINING CLAIMS** with the Clerk of the Court via the Court's CM/ECF system, which sent notification to the following:

Joshua L. Lee
James C. Dunkelberger
BENNETT TUELLER JOHNSON & DEERE
3165 East Millrock Drive, Suite 500
Salt Lake City, Utah 84121
jlee@btjd.com

                                                     /s/ Ashley Rollins

1556578