AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

District of Utah

| | |
|---|---|
| Maria E. Windham, | |
| Plaintiff, | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| Christopher Norville, *et al.*, | Case Number: 2:18-cv-00057-HCN |
| Defendants. | |

IT IS ORDERED AND ADJUDGED

That this action is dismissed with prejudice. Each party shall bear its own cost and fees.

February 8, 2021                    BY THE COURT:
*Date*

*(signature)*

Howard C. Nielson, Jr.
United States District Judge